**DISMISSED and Opinion Filed March 21, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00030-CV

**GOLDEN SUMMIT INVESTORS GROUP, LTD., Appellant**

V.

**APEX CLEARING CORPORATION, ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00151**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellant's March 1, 2013 motion to dismiss the appeal. Appellant informs the Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130030F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GOLDEN SUMMIT INVESTORS GROUP, LTD., Appellant

No. 05-13-00030-CV     V.

APEX CLEARING CORPORATION, HELI-OPS INTERNATIONAL, LLC, AISHWARIYA ENTERPRISES, INC., GEISCO FNF, LLC, SOUTHCOM MANAGEMENT, LLC, MARY-RUTH, LLC, BET-J CAPITAL, LLC, FINANCIAL SERVICES GROUP, LLC, HIGHLAND INVESTMENT PARTNERS, LLC, AND C4 WORLDWIDE, INC., Appellees

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. 12-00151.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, APEX CLEARING CORPORATION, HELI-OPS INTERNATIONAL, LLC, AISHWARIYA ENTERPRISES, INC., GEISCO FNF, LLC, SOUTHCOM MANAGEMENT, LLC, MARY-RUTH, LLC, BET-J CAPITAL, LLC, FINANCIAL SERVICES GROUP, LLC, HIGHLAND INVESTMENT PARTNERS, LLC, and C4 WORLDWIDE, INC., recover their costs of this appeal from appellant, GOLDEN SUMMIT INVESTORS GROUP, LTD.

Judgment entered March 21, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE